No. 3,465.—JOHN C. DUFF, RESPONDENT, *v.* ENSIGN S. SWEET, ADMR., APPELLANT.

*Appeal from District Court, Blaine County; John A. Matthews, Judge presiding.*

Decided April 18, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file.

*Mr. W. S. Towner,* for Appellant.